# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**UNITED STATES OF AMERICA**       **CASE NO.  5:25-CR-00129-01**

**VERSUS**      **JUDGE EDWARDS**

**HOMERO ARROYO-AYALA (01)**      **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

This matter was referred to United States Magistrate Judge Mark L. Hornsby for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Homero Arroyo-Ayala, is **ACCEPTED** and he is fully adjudged guilty of the offenses charged in Counts One, Three and Four of the Indictment, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Chambers on this 29th day of July, 2025.

_____
Jerry Edwards, Jr.
United States District Judge